

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00360-CV

Dolores Angelina **DE LA GARZA**, Clarissa De La Garza, Cristina Lorena Benavides, Servando Roberto Benavides, and Delia Hilda Benavides Martinez,
Appellants

v.

Carlos **ZAFFIRINI**, Sr. d/b/a Zaffirini and Castillo,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2021CVH002075D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE VALENZUELA, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we AFFIRM the trial court's order denying appellants' motion to dismiss under the Texas Citizens Participation Act.

It is ORDERED that appellee recover his costs of this appeal from appellants.

SIGNED March 19, 2025.

_____
Lori I. Valenzuela, Justice